IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **TRENTON STOCKYARD SALES, LLC** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) |
| **WARD ROBINSON d/b/a WARD LIVESTOCK AUCTION and GREG COX** | ) ) ) ) |
| **Defendants.** | ) ) |

No. **1:09-cv-1129**

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE AND GRANTING DEFAULT JUDGMENT
AGAINST DEFENDANT WARD ROBINSON**

This cause is before the Court in connection with the report and recommendation of the United States Magistrate Judge regarding the Plaintiff's Motion for Default Judgment Against Defendant Ward Robinson. (Docket Entry ("D.E.") No. 10.) The magistrate judge's report and recommendation was filed on October 13, 2009. (D.E. No. 12.) Magistrate Judge Ed Bryant recommended that this Court grant the motion for default judgment against Ward Robinson and further requested that the Plaintiff certify its computation of damages via affidavit. (Id. at 3.) Pursuant to the affidavit, Plaintiff subsequently filed with the Court its damages of $22,637.93, plus costs and interest from the date of judgment. (D.E. No. 15, Exhibit A.) According to the court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

2

The Court has reviewed *de novo* the report and recommendation, as well as the entire record of the proceedings before the magistrate judge. Based on that review, and as no objections have been filed, the Court hereby ADOPTS the magistrate judge's report and recommendation.

It is therefore ORDERED that the magistrate judge's report and recommendation filed October 13, 2009 is hereby ADOPTED, and that Plaintiff, Trenton Stockyard Sales, LLC, recover from the defendant, Ward Robinson, the outstanding balance of $22,500.57 plus accrued interest in the amount of $135.36, for a total amount of $22,637.93 plus costs and interest according to law from the date of this judgment until the entire amount is paid.

**IT IS SO ORDERED** this, the 7th day of December, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE